UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JAMES THOMAS, SR. (#14749)

VERSUS

ROBERT TANNER, WARDEN

CIVIL ACTION

NO. 11-425-JJB-DLD

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated May 7, 2012 (doc. no. 10). The plaintiff has filed objections which the court has considered and finds that it lacks any merit.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the petitioner's application for habeas corpus relief is DISMISSED as untimely and as barred by procedural default.

Baton Rouge, Louisiana, this 6th day of August, 2012.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA